1  RICHARD J. DOREN, SBN 124666
     rdoren@gibsondunn.com
2  HEATHER L. RICHARDSON, SBN 246517
     hrichardson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6

7  Attorneys for Defendants, AETNA HEALTH, INC.
   and the SAUDI ARABIAN OIL COMPANY RETIREE
8  MEDICAL PAYMENT PLAN

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | KIMBER VON BLOHN, ELAINE VON     | CASE NO. 14-CV-04556-PJH
   | BLOHN, and CHRIS VON BLOHN;
14 |                                   | **JOINT STIPULATION OF DISMISSAL**
   |            Plaintiffs,            | **WITH PREJUDICE PURSUANT TO**
15 |                                   | **FEDERAL RULE OF CIVIL PROCEDURE**
   |       v.                          | **41(a)(1)(A)(ii) AND ORDER**
16 |
   | AETNA HEALTH, INC., a Connecticut
17 | corporation, and the SAUDI ARABIAN OIL
   | COMPANY RETIREE MEDICAL
18 | PAYMENT PLAN,
   |
19 |            Defendants.

The parties to the above-captioned litigation, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the parties have reached a confidential agreement to settle Plaintiffs' claims against Defendants that resolves the above-captioned matter;

NOW, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kimber von Blohn, Elaine von Blohn, and Chris von Blohn, and Defendants Aetna Health, Inc. and Saudi Arabian Oil Company Retiree Medical Payment Plan hereby jointly stipulate to the dismissal of this action, with prejudice. Each party is to bear its own respective costs and attorneys' fees associated with the action. The parties request that this Court retain jurisdiction for the limited purpose of enforcing the Settlement Agreement made between the parties, if necessary.

**IT IS SO STIPULATED.**

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated: January 28, 2015

CREITZ & SEREBIN LLP

KANTOR & KANTOR LLP

By: /s/ Joseph A. Creitz
      Joseph A. Creitz

Attorneys for Plaintiffs KIMBER VON BLOHN, ELAINE VON BLOHN, and CHRIS VON BLOHN

Dated: January 28, 2015

RICHARD J. DOREN
HEATHER L. RICHARDSON
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Heather L. Richardson
      Heather L. Richardson

Attorneys for Defendants, AETNA HEALTH, INC. and SAUDI ARABIAN OIL COMPANY RETIREE MEDICAL PAYMENT PLAN

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: January 29, 2015



The Honorable Phyllis J. Hamilton

# CERTIFICATE OF SERVICE

I, Candie Trainor, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On January 28, 2015, I served the following document(s):

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

☒ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

☐ **BY First-Class Mail, Postage Prepaid**: I caused such document to be served via U.S. mail to the following non-CM/ECF participant(s):

I am employed in the office of **Heather Richardson**, a member of the bar of this court, and that the foregoing document(s) was (were) printed on recycled paper.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2015.

_____
Candie Trainor